# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| ZACHARY SMITH, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>vs.<br><br>TRUMAN ROAD DEVELOPMENT, LLC d/b/a NO OTHER PUB,<br><br>*Defendant*. | Case No.: 4:18-cv-670-NKL |

## NOTICE OF INTENT TO SERVE SUBPOENA UPON U.S. CELLULAR

Plaintiff, pursuant to Fed. R. Civ. P. 45(a)(4), hereby provides notice to Defendant that Plaintiff intends to serve the attached subpoena (**Exhibit A**) upon non-party USCOC of Greater Missouri, LLC d/b/a U.S. Cellular commanding the production of documents, electronically stored information, or tangible things.

Dated: November 9, 2018

Respectfully submitted,

 /s/ Ari Rodopoulos
Ari N. Rodopoulos     Mo. Bar No. 58777
**WOOD LAW FIRM, LLC**
1100 Main Street, Suite 1800
Kansas City, MO 64105-5171
T: (816) 256-3582
F: (816) 337-4243
Email: *ari@woodlaw.com*

*and*

William C. Kenney     Mo. Bar No. 63001  
**BILL KENNEY LAW FIRM, LLC**  
1100 Main Street, Suite 1800  
Kansas City, MO 64105  
Telephone: (816) 842-2455  
Facsimile: (816) 474-8899  
Email: *bkenney@billkenneylaw.com*

*Attorneys for Plaintiff and all others similarly situated*

## CERTIFICATE OF SERVICE

I hereby certify on this 9th day of November, 2018, a true and correct copy of the foregoing was electronically filed with the Clerk of this Court using the CM/ECF system which will send notification to all attorneys of record.

By  /s/ *Ari Rodopoulos*  
Attorney for Plaintiff