# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

ZACHARY SMITH and
BRIAN KAGARICE, individually and
on behalf of all others similarly situated,

    *Plaintiffs*,

vs.

TRUMAN ROAD DEVELOPMENT, LLC
d/b/a NO OTHER PUB
f/k/a KANSAS CITY SPORTING AND
SOCIAL CLUB, LLC, et al.,

    *Defendants*.

Case No.: 4:18-cv-00670-NKL

Hon. Nanette K. Laughrey

## JOINT MOTION TO EXTEND CLASS CERTIFICATION DEADLINES

Plaintiffs Zachary Smith and Brian Kagarice ("Plaintiffs"), and Defendants Truman Road Development, LLC d/b/a No Other Pub, The Cordish Companies, Inc., and Entertainment Consulting International, LLC ("Defendants," together with Plaintiffs, the "Parties"), by and through their undersigned counsel, hereby respectfully move the Court for an Order extending the briefing schedule on Plaintiffs' forthcoming motion for class certification by seventeen (17) days. In support of this Motion, the Parties state as follows:

    1.    On July 29, 2019, the Court entered its Fourth Amended Scheduling and Jury Trial Order ("Scheduling Order") (Dkt. 98.) The Scheduling Order sets forth, among other deadlines, the Parties' briefing schedule on Plaintiffs' anticipated motion for class certification:

- **September 27, 2019**: Plaintiffs' motion for class certification due
- **October 28, 2019**: Defendants' opposition to class certification due
- **November 11, 2019**: Plaintiffs' reply in support of class certification due

1

2. Plaintiffs' counsel have diligently worked to gather evidence and prepare their arguments in support of class certification. Notwithstanding their efforts, given the discovery obligations in this matter—which has included the rolling production and review of tens of thousands of documents and preparing for and taking numerous depositions—they require a brief extension to finalize their motion for class certification.

3. Accordingly, Plaintiffs' counsel conferred with counsel for the Defendants, who indicated that Defendants did not oppose extending the briefing schedule and agreed to join in the instant request.

4. With that in mind, the Parties respectfully request that the Court extend the class certification briefing schedule by seventeen (17) days, as follows:

- **October 14, 2019**: Plaintiffs' motion for class certification due
- **November 14, 2019**: Defendants' opposition to class certification due
- **November 29, 2019**: Plaintiffs' reply in support of class certification due[1]

5. This is the third extension the Parties have requested with respect to briefing class certification. This extension will not interfere with any of the deadlines set by the Court in the operative Scheduling Order. (Dkt. 98.)

6. The Parties submit that this joint request is made in good faith and before any deadlines have come to pass.

WHEREFORE, the Parties respectfully request that the Court enter an Order modifying the Scheduling Order and extending the class certification briefing deadlines as outlined above, as well as any other pre-trial deadlines that the Court deems necessary.

---

[1] Plaintiffs' reply deadline would be extended by eighteen (18) days due to Thanksgiving falling on Thursday, November 28, 2019.

Respectfully submitted,

| /s/ Benjamin H. Richman | /s/ Whitney M. Smith  (with permission) |
|---|---|

William C. Kenney    Mo. Bar No. 63001
**Bill Kenney Law Firm, LLC**
1100 Main Street, Suite 1800
Kansas City, MO 64105
Telephone: (816) 842-2455
Facsimile: (816) 474-8899
*bkenney@billkenneylaw.com*

Eve-Lynn J. Rapp (*pro hac vice*)
Brandt Silver-Korn (*pro hac vice*)
**Edelson PC**
123 Townsend Street, Suite 100
San Francisco, California 94107
Telephone: (415) 234-5262
Facsimile: (415) 373-9435
*erapp@edelson.com*
*bsilverkorn@edelson.com*

Benjamin H. Richman
(*pro hac vice*)
Sydney Janzen (*pro hac vice*)
Michael Ovca (*pro hac vice*)
**Edelson PC**
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-6378
*brichman@edelson.com*
*sjanzen@edelson.com*
*movca@edelson.com*

*Attorneys for Plaintiffs and
all others similarly situated*

W. James Foland, MO Bar # 25022
Jacqueline Sexton, MO Bar # 53262
Zach T. Bowles, MO Bar # 70531
FOLAND, WICKENS, ROPER,
HOFER & CRAWFORD, P.C.
1200 Main Street, Suite 2200
Kansas City, MO 64105
Telephone:  (816) 472-7474
Email:  jfoland@fwpclaw.com
jsexton@fwpclaw.com

Lauri A. Mazzuchetti (admitted *pro hac vice*)
Whitney M. Smith (admitted *pro hac vice*)
Glenn T. Graham (admitted *pro hac vice*)
KELLEY DRYE & WARREN LLP
One Jefferson Road
Parsippany, New Jersey 07054
Telephone:  (973) 503-5900
Facsimile:  (973) 503-5950
Email:  lmazzuchetti@kelleydrye.com
wsmith@kelleydrye.com
ggraham@kelleydrye.com

David I. Zalman (admitted *pro hac vice*)
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
Telephone:  (212) 808-7985
Email:  dzalman@kelleydrye.com

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that, on September 25, 2019, the foregoing document was electronically filed with the Court's Electronic Filing System and will be served electronically on all registered attorneys of record.

       /s/ *Benjamin H. Richman*
       Benjamin H. Richman