# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | |
|---|---|
| ZACHARY SMITH and BRIAN KAGARICE, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>vs.<br><br>TRUMAN ROAD DEVELOPMENT, LLC d/b/a NO OTHER PUB f/k/a KANSAS CITY SPORTING AND SOCIAL CLUB, LLC.<br><br>THE CORDISH COMPANIES, INC.<br><br>ENTERTAINMENT CONSULTING INTERNATIONAL, LLC.<br><br>*Defendants.* | Case No.: 4:18-cv-00670-NKL<br><br>ORAL ARGUMENT REQUESTED |

___

## DEFENDANTS TRUMAN ROAD DEVELOPMENT, LLC D/B/A NO OTHER PUB, THE CORDISH COMPANIES, INC., AND ENTERTAINMENT CONSULTING INTERNATIONAL, LLC'S MOTION TO DISMISS

___

Defendants Truman Road Development, LLC d/b/a No Other Pub, The Cordish Companies, Inc., and Entertainment Consulting International, LLC, by and through their counsel, respectfully request that this Court grant their Motion to Dismiss pursuant to Fed. R. Civ. P. 12(h)(3). In support of this Motion, Defendants contemporaneously file their Suggestions in Support of their Motion to Dismiss and attached exhibits. Pursuant to Local Civil Rule 7.0(e), Defendants respectfully request oral argument on this Motion.

Dated: September 9, 2020

Respectfully submitted,

/s/ *Jacqueline M. Sexton*
W. James Foland            #25022
Jacqueline M. Sexton       #53262
**FOLAND, WICKENS, ROPER, HOFER, CRAWFORD P.C.**
1200 Main St., Suite 2200
Kansas City, Missouri 64105
Telephone: (816) 427-7474
Facsimile: (816) 472-6262
jfoland@fwpclaw.com
jsexton@fwpclaw.com

AND

Lauri A. Mazzuchetti (*pro hac vice*)
Whitney M. Smith (*pro hac vice*)
Glenn T. Graham (*pro hac vice*)
**KELLEY DRYE & WARREN LLP**
One Jefferson Road
Parsippany, New Jersey 07054
(973) 503-5900
lmazzuchetti@kelleydrye.com
wsmith@kelleydrye.com
ggraham@kelleydrye.com

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on this 9th day of September 2020, the foregoing was filed electronically with the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

*/s/ Jacqueline M. Sexton*
**ATTORNEYS FOR DEFENDANTS**