# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| ZACHARY SMITH, et al., )  | |
| ) | |
| Plaintiffs, ) | |
| v. ) | |
| ) | Case No. 4:18-CV-00670-NKL |
| TRUMAN ROAD DEVELOPMENT, LLC, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT IN A CIVIL CASE

\_\_\_  Jury Verdict.  This action came before the Court for a trial by jury.

X  Decision by Court.  This action came before the Court.  The issues have been determined and a decision has been made.

IT IS ORDERED AND ADJUDGED that pursuant to the Order, Doc. 207, entered by the Honorable Nanette K. Laughrey on April 28, 2020, Plaintiffs' motion for partial summary judgment is denied. Defendants' motion for summary judgment is granted in part and denied in part. Defendants' motion to exclude expert testimony is denied. Plaintiff Smith's motion for class certification is denied. It is further

ORDERED that pursuant to the Stipulation of Dismissal With Prejudice of Plaintiffs' Remaining Individual Claims, Doc. 223, Plaintiffs' remaining claims in this case are hereby dismissed with prejudice.

Date: November 19, 2020

PAIGE WYMORE-WYNN
Clerk of Court

s/ RENEA MATTHES MITRA
By: Renea Matthes Mitra, Courtroom Deputy